Form 1 - AFFIDAVIT OF SERVICE


P2384147

**TWILL MURRAY, LLP**
UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

JOSEPH MURRAY

PLAINTIFF

- vs -

CHARLES E. BAXLEY

DEFENDANT

Index No. **2:19-cv-18252-CCC-ESK**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **30TH** day of **SEPTEMBER, 2019 2:26PM** at
**90 JOHN STREET SUITE 403**
**NEW YORK NY 10038**
I served the **SUMMONS AND COMPLAINT**
upon **CHARLES E. BAXLEY**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **CHARLES E. BAXLEY**
said **DEFENDANT** personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE** HAIR: **GREY**
APP.AGE: **80** APP. HT: **5'8** APP. WT: **130**
OTHER IDENTIFYING FEATURES
**GLASSES**

That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
01ST day of OCTOBER, 2019

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ERIC GOLDKLANK DCA LIC #1298914
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-TWILL-2384147

2a