UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------
JOSEPH MURRAY,

                Plaintiff,

  v.

CHARLES E. BAXLEY,

                Defendant.
---------------------------------------------------------------

Civil Action No. 2:19-cv-18252-CCC-ESK

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO
FED.R.CIV.P. 41(a)(1)(A)(i)**

Plaintiff, Joseph Murray, in the above-captioned legal action, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby voluntarily dismisses his complaint <u>without prejudice</u> as to defendant Charles E. Baxley; said defendant being a party that has not filed either an answer to plaintiff's complaint nor a motion for summary judgment.

Dated: October 18, 2019        Respectfully submitted,
       Florham Park, New Jersey

                                         s/Joseph T. Murray_____
                                         Joseph T. Murray
                                         *Appearing pro se*

                                         195 Columbia Turnpike – Suite 125
                                         Tel. 646.690.1950
                                         Fax. 646.225.7137
                                         e-mail: jtm@twillmurray.com

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the annexed NOTICE OF VOLUNTARY DISMISSAL was served on defendant on this 25th day of October 2019 via first-class mail, postage prepaid, in an envelope addressed to:

>CHARLES E. BAXLEY
>90 JOHN STREET – SUITE 403
>NEW YORK, N.Y. 10038-3242

>s/Joseph T. Murray